**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6912

UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

      v.

SHIRLEY MARIE CHAPMAN,

            Defendant – Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:06-cr-00007-JPB-1)

Submitted:  March 23, 2009          Decided:  April 7, 2009

Before NIEMEYER, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian Joseph Kornbrath, Federal Public Defender, Clarksburg, West Virginia, Brian Christopher Crockett, Assistant Federal Public Defender, Martinsburg, West Virginia, for Appellant. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley Marie Chapman appeals the district court's order granting in part and denying in part her motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006) and reducing her sentence to 57 months' imprisonment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court, United States v. Chapman, No. 3:06-cr-00007-JPB-1 (N.D. W. Va. May 28, 2008), and in our recent decision in United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). We also deny Chapman's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED